## Commonwealth *v.* Stribling, Appellant.

Argued April 14, 1969. *Fred E. Baxter, Jr.,* Assistant Public Defender, with him *Anthony C. Troiano* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Tracy, Appellant.

Submitted April 14, 1969. *George L. Hallal,* and *Webster and Hallal,* for appellant; *Gerald R. Solomon,* Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

Order affirmed.